# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

| | |
|---|---|
| IN RE: | CASE NO: 8−08−76065−ast |
| Anthony M. Snyder and Jennifer A. Snyder<br>aka Michael A. Snyder | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−1541           xxx−xx−0699 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Kenneth Kirschenbaum (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

                                                              s/ Alan S. Trust
                                                              United States Bankruptcy Judge

Dated: March 19, 2009

**BLfnld7** [Final Decree rev 08/07/06]